
FILED
3/9/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TT

NN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION** ~~WESTERN~~ EASTERN

**RECEIVED**

 JAN 10 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CARL JATO
_____

(Enter above the full name PLAINTIFF
of the plaintiff or plaintiffs in
this action)

vs.

COOK COUNTY
SHERIFF'S DEPT,
CHAPLAIN RON DEROSA

Case No: No 17 C997
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:          **AMENDED COMPLAINT**

☑ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: CARL TATO

   B. List all aliases: TAY. TAY

   C. Prisoner identification number: R12529

   D. Place of present confinement: SHAWNEE

   E. Address: 6665 STATE 146 E. VIENNA, IL 62995

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Cook County Sheriff

   Title: SHERIFF

   Place of Employment: Cook County

   B. Defendant: CHAPLAIN RON DEROSA

   (773)247-0070 → Title: CHAPLAIN AT Cook County

   Place of Employment: Cook County

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: TATE V. CHAPMEN 04-385-MJR

B. Approximate date of filing lawsuit: 2004

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: CARL TATE

D. List all defendants: CHAPMAN etc. & DON'T REMEMBER

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL

F. Name of judge to whom case was assigned: DON'T REMEMBER

G. Basic claim made: MEDICAL

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED

I. Approximate date of disposition: DON'T REMEMBER

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3 A

Revised 9/2007

TATE V. MCCANN 2006 I BELIEVE
  DON'T REMEMBER ALL DEFENDANTS
    FILED IN NORTHERN DIST ILL COURT.
      SETTLED
        SAFETY CONCERN DEL. IND.

TATE V. WEXFORD
  16 CV. 92 NJR
  FILE 2016.
    DON'T MEMBER ALL DEFENDANTS
      FEDERAL SOUTHERN DIST OF ILL.
        JUDGE. NJR
          MEDICAL DEL. IND.
        STILL PENDING

TATE V. LYNCH
  13 CV 3060 I BELIEVE
  FILED 2013
    LYNCH, WILLIAMS DON'T
    MEMBER OTHER DEFENDANTS.
      FEDERAL CENTRAL DIST OF ILL
        JUDGE MYERSOUGH
          SETTLED

TATE V. MOORE
  CASE # 12-1401 I THINK
  FILED ?
    MOORE, BENTHRAGE, VICKERS
      FEDERAL COURT CENTRAL ILL
        JUDGE BAKER
          LOST AT TRIAL

                        ALL I REMEMBER
  3B

## Grievance Procedure.

I wrote to Inmate Services at 2700 S. California Ave Chicago, IL 60608; To County asking for procedure of grievance for a person no longer in County. No response I explained also issue on that letter to be taken in lieu of a formal grievance since I lack one.

## Complaint

Plaintiff is a person diagnose with P.T.S.D., Anxiety Disorder, Depression's Gender Dysphoria, Transgender Women

Plaintiff suing because Chaplain Ron Derosa during her stay at Cook County Jail sexually used her in various ways. This during 1998-2002. Plaintiff was 18 yrs. old - 22 at the time.

Plaintiff 1st met "Father Ron" while in Cook County Jail Div 11. Plaintiff received a phone call & thought his sister was dead. Crying speaking to a C.O. about it I was told I would be sent to speak to Father Ron.

24

I was sent to his office to call my family. As I sat in the chair in his office calling my family, "Father Ron" begin to rub my arm sexually & touch himself. I did not know what to think. I thought I did something to bring on his actions. This was around April of 1998. Ever since that day at least 3-4 times a month Father Ron would call me to his office or go get me off the deck himself. During this time while in his office Father Ron would perform oral sex on me. Have me perform oral sex on him. Kiss me, have me strip for him while he masterbates & have anal sex on me. After awhile Father Ron would bring others in to his office well they would be there when I get there. Other detainees in Cook County. Father Ron would have me perform oral sex on them & let them have sex on me while he watch & masterbate.

I member one time with another guy he was hurting me having sex on me I told him to stop. He told me to shut up, let me do this. I was 18 yrs old 6 feet 120 pounds. He was older & alot bigger. I was scared, but believed it was for God.

5

Being a believer of Jesus, Father Ron a Catholic Priest told me what I was doing was alright. He called it encouragement. Showed me ~~scripture~~ scripture that say greet one another with a holy kiss 2 Corinthians 13:12 scripture about love one another in actions etc... Really showed me how the Bible encourages my sexual action with him, plus how I must sacrifice my body to others for him a priest for his enjoyment.

    Father Ron would give me gifts like squares to smoke, coffee, candy, let me call my family etc... He called 'em blessing said me serving him was serving God.

    Father Ron's action violated my 4th & 14th Amendment rights to be free from sexual harassment & sexual assaults. Father Ron also subjected me to intentional infliction of emotional distress & physical harm.

    During time in Cook County Jail I was cutting myself, hearing voices, suicidal, on alot of suicide watches. Even taken to Cook County mental ward for awhile to live. I was on & off (refusing) meds.

#6

WHEN I ARRIVED TO PRISON FATHER RON WOULD FOR YEARS HAVE ME CALL HIM. HE VISITED ME ONCE OR TWICE. ON PHONE HE WOULD TELL ME TO SERVE GOD BY FINDING PEOPLE TO ENCOURAGE (HAVE SEX WITH).

I COULD NOT BRING THIS SUIT EARLIER. I TALKED TO MY MENTAL HEALTH THERAPIST HERE. IT WAS ONLY A COUPLE MONTHS AGO OR SO THAT SHE EXPLAINED TO ME THAT FATHER RONS ACTIONS CAUSED ME INJURY. THE REASON FOR MY P.T.S.D. TO SAY THE LEAST. THE MENTAL HEALTH LADY SAID IT IS SOMETHING LIKE THE STOCKHOLM EFFECT. WHERE I RELATE TO THE PERSON WHO IS HARMING OR SOMETHING. SHE EXPLAINED IT BETTER.

Also SHE SAID I REPRESS TRAUMA. SAID EVERYBODY RELATES TO TRAUMA DIFFERENT. WHEN I WAS LIL FROM 3-7 YRS OLD MY UNCLE WOULD PUT STUFF IN MY FOOD. I'LL PASS OUT. THEN HE'LL LOCK ME IN TREASURE TRUNK. PULL ME OUT & SEXUALLY ASSAULT ME. THEN WASH THE STUFF & BLOOD OFF ME. I REPRESSED IT FOR YEARS. IT WAS NOT TO I WAS 21 YRS OLD I COULD TALK ABOUT IT. OTHER TRAUMATIZING EVENTS I REPRESSED. SEXUALLY ASSAULTS BY FAMILY AS A CHILD, BAD PHYSICAL ABUSE FOR BEING "GIRLY".

7

The mental health lady said our brains fully develope at like 21 yrs old. She said also by me experiencing so much physical abuse for being "Girly" & sexual abuse from so-called loved ones it was easy for me to be tricked by Father Ron cause being somebody's else's sex puppet is all I knew it was physically beat into me, verbally, & sexually. So to me it was normal.

Every since I left Cook County Jail in 2002 I been in I.D.O.C. custody. During said time I've been on many suicide watchs, suicide attempts, P.T.S.D, I have anxiety depression, self mutilate, eating disorder where I starve myself. I've been sexually harrassed, sexually assaulted alot. I finally been diagnose with gender dysphoria & receiving treatment for it etc...

If not for the therapy session with Emily Prater mental health here I would not have known that Father Ron's actions caused me injury, cause he messed my head up so bad. Four years of this verbal mind control & sexual stuff. This being at the least 3-4 times a month It was only after a trigger event brought back up the memories in 2016, the reason I brought up to Ms. Prater.

8A

## WHY PLAINTIFF COULD NOT BRING CLAIM EARLIER.

(A.) I SUPPRESSED & REPRESSED ANY MEMORY OF THE SEXUAL ACTS MENTIONED IN THIS COMPLAINT. THIS UNTO LIKE 2016. (B) I TALKED TO MENTAL HEALTH E. PRATER ABOUT IT. 2016 THAT IS WHEN SHE TOLD ME HE CAUSED ME INJURY & IS A REASON FOR MY P.T.S.D. ANXIETY DISORDER & DEPRESSION. *(C) CAUSE OF MY BELIEF IN GOD, CHRIST, AS A CHRISTIAN & THE THINGS FATHER RON DEROSA TOLD ME & SHOWED ME IN THE BIBLE I BELIEVED HIM & WHAT I WAS DOING WAS RIGHT. (D) ALSO THINGS STATED IN PRIOR PAGES OF COMPLAINT.

*THIS IS WHY DIS-COVERY HISTORY DOCTRINE MUST BY DEFENDANTS

8B

SHERIFF

THE COOK COUNTY SHERIFF FAILED TO HAVE ANY GUARD PRESENT WHEN FATHER RON HAS ME IN HIS OFFICE. THIS WHERE NO OTHER GUARDS OR PEOPLE ARE AT. WE WERE BEHIND A lock DOOR.

SHERIFF FAILED TO TRAIN STAFF TO NOTICE ODD BEHAVIOR OF WHY FATHER RON WOULD CALL ME OUT TO HIS OFFICE SO MUCH. MAINLY AFTER COUNT 9:30 P.M. WHEN ALL DETAINEES ARE SUPPOSE TO BE IN THEIR CELL.

LEAVING FATHER RON'S OFFICE AT TIMES I'LL WALK FUNNY CAUSE OF PAIN OF EVENTS SOME TIMES WITH BLOOD IN BOXERS. NO STAFF, GUARD NOTICE.

CAUSE OF ABOVE COOK COUNTY SHERIFF ACTIONS AND INACTIONS I WAS SUBJECTED TO A 4TH & 14TH AMENDMENT VIOLATION BY FATHER RON & INTENTIONAL INFLICTION OF EMOTION DISTRESS. SO SHERIFF VIOLATED MY RIGHTS TO 4TH & 14TH AMENDMENT. SHERIFF WAS ALSO NEGLIGENT IN ABOVE STATED REASON.

55 ILCS 5/3-6016 "THE SHERIFF SHALL BE LIABLE FOR ANY NEGLECT OR OMISSION OF THE DUTIES OF HIS OR HER OFFICE, WHEN OCCASIONED BY A DEPUTY OR AUXILIARY DEPUTY, IN SAME MANNER AS FOR HIS OR HER OWN

9

OMISSION" 28 U.S.C. § 1367 ASkING COURT TO RULE ON NEGLIGENT ALSO.

### RELIEF REQUESTED

A. COMPENSATION DAMAGE
B. PUNITIVE DAMAGE
C. FOR DEFENDANTS TO PAY FOR ANY NEEDED MENTAL HEALTH TREATMENT CAUSE OF THEIR ACTIONS.
D. ANY OTHER RELIEF THIS COURTS DEEMS JUST & PROPER.

### JUST DEMAND
### YES

I VERIFY THE COMPLAINT IS TRUE & FACTUAL PURSUANT TO 28 U.S.C. § 1746

Carl ~

CARL TATE
R12529
P.O. Box 711
CENTRALIA, IL
62801

10

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A COMPENSATION DAMAGE
B PUNITIVE DAMAGE
C DEFENDANT TO PAY FOR ALL NEEDED MENTAL HEALTH TREATMENT CAUSE OF THEIR ACTIONS.
D. ANY OTHER RELIEF THIS COURTS DEEM JUST & PROPER.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  22  day of  12 , 20 17

_Carl Tate_
(Signature of plaintiff or plaintiffs)

CARL TATE
(Print name)

R12529
(I.D. Number)

6065 STATE 146 E
VIENNA, IL 62995
(Address)

11

Revised 9/2007

## AFFIDAVIT.

I TALKED TO EMILY PRATER A MENTAL HEALTH THERAPIST HERE. A COUPLE MONTHS AGO I ASKED HER ABOUT FATHER RON. I DON'T MEMBER HOW IT CAME UP. SHE TOLD ME WHAT HE DID WAS WRONG TO ME. HE TOOK ADVANTAGE OF ME. SHE TOLD ME HE CAUSED MY INJURY. & SHE EXPLAINED TO ME HOW & WHY I REPRESS TRAUMA ETC... SHE CAN EXPLAIN BETTER. HER OR ANOTHER MENTAL HEALTH HEALTH STAFF. NOT SURE IF SHE CAN TESTIFY FOR ME?   MS. Tay Tay

Carl Fat
R12529
P.O. Box 711
CENTRALIA, IL
62801

PURSUANT TO 28 U.S.C § 1746 THE ABOVE IS TRUE & FACTUAL UNDER PENALTY OF PERJURY.

12

CARL TATE        NORTHERN DISTRICT
   PLAINTIFF      OF ILL.
                                NO. 17 C 997
   V

Cook County et al,

## MEMORANDUM OF LAW

Plaintiff case is different from Clay v. Kuhl 727 N.E. 2d 217, 220-223 (2002) & Fetcheck v Imesch, 367 Ill. App. 3d 148, 305 Ill Dec, 425, 855 N.E. 2d 941 (Ill App. Ct. 2006). I was unable to recognize the sexual abuse was wrong or harmful or I'd been injured as a result of the abuse, I had blocked it out of my memory & had repressed & suppressed any memory of the abuse taking place. I only remember in 2016 & recognized my injuries after talking to Mr. Prater. I can't be charged with knowledge of something I did not remember happen. Horn v. Goodman, 2016 IL App (3d) 66 N.E. 3d 922, 406 Ill. Dec 371. Time begins when party seeking relief know that injury exists & that it is wrongfully caused Parks v Kownacki 193 Ill 2d 164, 176, 249 Ill. Dec. 897, 737 N.E. 2d 287 (2000)

1A

Revised 9/2007

CLAY DID NOT CLAIM TO HAVE REPRESSED, SUPRESSED MEMORIES OF THE SEXUAL ABUSE DONE TO HIM. CLAY WAS ALWAYS AWARE OF MISCONDUCT. I LIKE DOE IN DOE V. SOCIETY OF THE MISSIONARIES OF THE SACRED HEART 2012 WL 5499430 CASE NO 11 C 2518 DID NOT RECOGNIZE THE CONDUCT, UNTIL 2016. So DOE APPLIES TO ME NOT CLAY. TIME BAR IS A AFFIRMATIVE DEFENSE I BELIEVE TO BE RAISED BY DEFENDANTS.

PURSUANT TO
28 USC-§1746

CARL TATE
R12529
6665 STATE 146 E
VIENNA, IL
62995

2A

LGL MAIL

CARL TATE
R12529
6665 STATE 146 E.
VIENNA, IL 62995

OFFICE OF
U.S. DISTRICT COURT
PRISONER CORRESPONDENCE
U.S. COURT HOUSE
219 S. DEARBORN ST.
CHICAGO, IL 60604

RECEIVED
2018 JAN 10 AM 8:45