Carl Tate R-12529
Shawnee Correctional Center
6665 State Route 142 Center
Vienna, IL 62995

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## FOURTH AMENDED COMPLAINT

| | |
|---|---|
| CARL TATE (R-12529) ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 17-CV-997 |
| ) | Judge Sara L. Ellis |
| County of Cook, a political subdivision of the ) | |
| State of Illinois, MICHAEL F. SHEAHAN, ) | |
| Sheriff of Cook County, Individually and ) | |
| as agent and employee of the County of ) | |
| Cook and RONALD DEROSA, ) | Complaint of Civil Rights Violation |
| ) | 42 U.S.C. § 1983 |
| Defendants. ) | |

### A. Jurisdiction

Jurisdiction in invoked pursuant to 28 U.S.C. § 1342 (a)(3) and 42 U.S.C. § 1983.

### B. Parties:

1. <u>Plaintiff:</u> This complaint alleges that pursuant to 42 U.S.C. § 1983, the civil rights of the Plaintiff, CARL TATE (R-12529),(hereinafter referred to as "TATE") who presently resides at Dixon Correctional Center located at 2600 Brinton Avenue Dixon, Illinois 61021, were violated by the actions of the below individuals. The actions were directed against the Plaintiff at the Cook County Jail located at 2600 S. California in Chicago, Illinois from 1998 through 2002.

2. <u>Defendant:</u> RONALD DEROSA (hereinafter referred to as "DEROSA") upon information and belief resides in Cook County, Illinois and was and may still be employed as Chaplin at the Cook County Jail. The Defendant is sued in his individual capacity and official capacity as a Chaplin at the Cook County Jail. Between 1998 and

1

2002, RONALD DEROSA worked as a Chaplin at the COOK COUNTY JAIL, and while acting under the color of law sexually abused and assaulted the Plaintiff, CARL TATE; and allowed other inmates to do so.

3.  <u>Defendant</u>: MICHAEL F. SHEAHAN, Individually and as agent and employee for the Cook County Sheriff's Police Department (hereinafter referred to as "SHEAHAN"); upon information and belief resides in Cook County, Illinois; employed and/or allowed the Defendant, "DEROSA", to work as a Chaplin at the Cook County Jail. "SHEAHAN" in his individual and official capacity failed to prevent and/or allowed the Defendant, "DEROSA", to sexually assault and abuse inmates housed at the Cook County Jail, including the Plaintiff, CARL TATE, between the years of 1998 and 2002.

**C.   Prior lawsuits filed by the Plaintiff:**

1. <u>Tate v. Chapman</u> filed 2004 (04-385). The matter was filed in Federal District Court alleging lack of proper medical care. The action was dismissed.

2. <u>Tate v. McCann</u> The matter was filed in the Northern District of Illinois and was settled.

3. <u>Tate v. Wexford</u> (16-CV-92) was filed in 2016 in the Southern District of Illinois. The U.S. District alleging lack o proper medical care and is still pending.

4. <u>Tate v. Lynch</u> (13-CV-3060) filed in the Central District of Illinois and was settled.

5. <u>Tate v. Moore</u> (12-V-1401) filed in the Central District of Illinois and lost at trial.

**D.   Request for Relief:**

The Plaintiff has exhausted all of his administrative remedies.

The Plaintiff, CARL TATE, forwarded correspondence to the Cook County Sheriff's Department in 2016. Officials from the Cook County Sheriff's Department did not respond to the Plaintiff's complaint of being sexually abused and assaulted at the Cook County Jail between the years 1998 and 2002.

2

E.  **Cause of Action:**

## COUNT I
## RONALD DEROSA

The Plaintiff's following Civil Rights have been violated: (1) freedom from cruel and unusual punishment and to be free from being a victim of excessive force, sexual abuse and assault by Chaplin "DEROSA" while incarcerated at the Cook County Jail from 1998 through 2002; (2) right of privacy; (3) right to due process; and (4) was the victim of the intentional infliction of emotional distress.

1. The Plaintiff, CARL TATE, is a person diagnosed with post traumatic stress Disorder (PTSD), anxiety disorder, depression and gender dysphoria.

2. The Plaintiff is filing suit because during his incarceration at the Cook County Jail from 1998 through 2002, the Defendant, Chaplin RONALD DEROSA, sexually abused him in various ways while the Plaintiff was 18 to 22 years of age.

3. The Plaintiff first met "DEROSA" a/k/a "Father Ron" while incarcerated at the Cook County Jail in 1998. The Plaintiff had been informed that his sister died and was told by "CCSPD" officials to speak with "DEROSA".

4. The first visit between "TATE" and "DEROSA" took place in the Chaplin's office in April 1998. At that time "DEROSA" rubbed "TATE'S" arm in a sexual manner and began fondling himself.

5. Following the April 1998 office meeting, the sexual abuse continued taking place three to four times a month.

6. "DEROSA" would call "TATE" off the floor and to his office to sexual assault him.

7. "DEROSA" performed oral sex upon "TATE"; and "TATE" would perform oral sex upon "DEROSA".

8. Over the course of the four years, "DEROSA" would invite other inmates at the Cook County Jail to engage in sexual activities in his office and sexually abuse "TATE".

9. "DEROSA" explained to "TATE" that scripture encouraged said sexual activity. "DEROSA" would give gifts to "TATE", i.e. cigarettes, coffee, and candy etc...

10. "DEROSA" referred to "TATE" as a blessing and that sexually serving him was serving God.

11. While incarcerated at the Cook County Jail (1998 through 2002), "TATE" was suicidal.

12. Upon being remanded to the Illinois Department of Corrections in 2002, "DEROSA" continued to visit and call "TATE" encouraging him to do God's work and engage in sex with fellow inmates.

13. "TATE" repressed the sexual abuse he experienced at the hands of "DEROSA" until December 2016. At that time and during therapy sessions in the Illinois Department of Corrections with Emily Prater, "TATE" first realized the injury caused by "DEROSA".

14. While at Cook County Jail and since being transferred to the Department of Corrections in 2002; "TATE" has been suicidal and diagnosed with PTSD, anxiety disorder, depression and gender dysphoria.

## COUNT II
## MICHAEL F. SHEAHAN

The Plaintiff's following Civil Rights have been violated: (1) freedom from cruel and unusual punishment and to be free from being a victim of excessive force, sexual abuse and assault by Chaplin "DEROSA" while incarcerated at the Cook County Jail from 1998 through 2002; (2) right of privacy; (3) right to due process; and (4) was the victim of the intentional infliction of emotional distress.

1-14. The Plaintiff, "TATE", re-alleges, each and every allegation contained in paragraphs one through 14 of Count 1 as paragraphs one through 14 of Count II of the complaint.

15. the Defendant, MICHAEL F. SHEAHAN, individually and as agent and employee for the Cook County Sheriff's Department, acted with deliberate indifference knowing that inmates faced substantial risk of serious harm by allowing the Defendant, Chaplin "DEROSA", to meet privately and unsupervised with inmates at the Cook County Jail and that MICHAEL F. SHEAHAN disregarded the risk posed by "DEROSA" by failing to take reasonable measures to protect "TATE" from sexual assault.

**WHEREFORE,** the Plaintiff, CARL TATE, respectfully requests that judgment enter in her favor and against the Defendants, RICHARD DEROSA and MICHAEL F. SHEAHAN, individually and as agent and employee for the Cook County Sheriff's Police Department, seeks the following in damages:

a. Compensatory damages;

b. Punitive damages;

c. Pain and suffering;

d. The cost of past and future treatment to address mental health concerns;

e. Any and all other relief this court deems appropriate.

**F. Demand for Jury Trial.**

Plaintiff demands a Jury Trial.

Date: 12-2-18

The Law Office of Philip R. Nathe
Attorney No: 06197326
Attorney for Plaintiff
552 S. Washington Street, Suite 104
Naperville, IL 60540
(630) 416-7600

I hereby certify that on ~~October~~ December 2, 2018, the forgoing was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, and was served by personal service before the hour of 4-200 Chicago Illinois 60601

_____
Philip R. Nathe

The Law Office of Philip R. Nathe
Attorney No: 06197326
Attorney for Plaintiff
552 S. Washington Street, Suite 104
Naperville, IL 60540
(630) 416-7600